Mary McNamara, SBN 147131
August Gugelmann, SBN 240544
SWANSON & McNAMARA LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Attorneys for MICHAEL ORTIZ, SR.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>MICHAEL ORTIZ, SR., et al.,<br><br>        Defendants. | Case No.    CR 12-0119 SI<br><br>[~~PROPOSED~~] ORDER REGARDING JOINDERS |

The Court hereby ORDERS that all defendants in the above-captioned matter shall be deemed to have joined any motion filed by a codefendant, except where a defendant specifically notifies the Court in writing that he or she does not join such motion.

    IT IS SO ORDERED.

Dated:   7/5/12                              _____
                                             Hon. Susan Illston
                                             United States District Court

Approved as to form:

_____/s/_____
W.S. Wilson Leung
Assistant United States Attorney