MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

ACADIA L. SENESE (CABN 251287)
W.S. WILSON LEUNG (CABN 190939)
Assistant United States Attorneys

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7301
   Facsimile: (415) 436-6758
   E-Mail: acadia.senese@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> ) <br>v. ) <br> ) <br>JOSEPH ORTIZ, et al., ) <br> ) <br> ) <br>   Defendant. ) <br>_____ ) | No. CR 12-0119 SI <br><br> [~~PROPOSED~~] ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT FROM JUNE 29, 2012 TO AUGUST 3, 2012 |

    On June 29, 2012, all of the parties in this case appeared before the Court for a status appearance on the First Superseding Indictment. At that time, the parties set a hearing date for several motions before the Honorable Judge Susan Illston for August 3, 2012. The parties agreed at that time that time should be excluded until August 3, 2012 under the Speedy Trial Act for effective preparation of counsel, taking into account the exercise of due diligence, because the government is continuing to produce discovery. See 18 U.S.C. § 3161(h)(7)(A) and (B)(iv). The Court also excluded time under the Speedy Trial Act because of the pending pretrial motions before the Court, which are scheduled to be heard on August 3, 2012. See 18 U.S.C. §

3161(h)(1)(D). The Court provided an opportunity for defense counsel to object to the exclusion of time under the Speedy Trial Act. None of the defendants objected.

IT IS SO ORDERED.

Dated: July 5, 2012

HON. SUSAN ILLSTON
United States District Judge