1  ROBERT WAGGENER - SBN: 118450
   LAW OFFICE OF ROBERT WAGGENER
2  214 Duboce Avenue
   San Francisco, California 94103
3  Phone:      (415) 431-4500
   Fax:        (415) 255-8631
4  E-Mail:     rwlaw@mindspring.com

5  Attorney for Defendant TANYA RODRIGUEZ

8           UNITED STATES DISTRICT COURT

9           NORTHERN DISTRICT OF CALIFORNIA

11 UNITED STATES OF AMERICA,           No.  CR12 0119 SI

12              Plaintiff,              **STIPULATION AND [PROPOSED]
                                        ORDER PERMITTING HEATHER
13         v.                           HARDWICK AND MAX KWAN-
                                        ROSENBUSH, AND TIM FINNEGAN TO
14 JOSEPH ORTIZ, et al.,                REVIEW MATERIALS SUBJECT TO
                                        PROTECTIVE ORDER**
15              Defendant.
                                    /

17         The protective order in this case prohibits persons other than counsel and defendants from

18 accessing certain protected material (the "subject material"). The order provides that further

19 court order is required before non-designated persons can access subject material. *See,* Docket

20 #243. This stipulation seeks authorization from the Court to allow Max Kwan-Rosenbush,

21 Heather Hardwick and Tim Finnegan to access the materials subject to protective order in this

22 case. Their specific contributions to the case and reasons necessary for access to the subject

23 materials are set out below.

24         1.      Heather Hardwick is a licensed California attorney with experience in conducting

25 document reviews on state and federal cases. Max Kwan-Rosenbush is a paralegal with

26 extensive experience in litigation support and document review. Both individuals will be

27 assisting CJA defense counsel in document review and review of wiretap conversations, line

1 sheets, and transcripts, and summarization of these materials, to assist in the trial and motion
2 preparation for the *Ortiz* case. Counsel Robert Waggener and other CJA counsel will be
3 supervising this review and summarization process.
4     2.    Tim Finnegan is a licensed California attorney who is a research and writing
5 specialist. Mr. Finnegan will be providing wiretap motion research and writing on behalf of all
6 CJA counsel in this case.
7     **IT IS HEREBY STIPULATED** by the parties that:
8     4.    Heather Hardwick, Max Kwan-Rosenbush, and Tim Finnegan should be
9 permitted to view and access the protected subject material in this case.

11     **STIPULATED AND AGREED TO**.

14 Dated: September 28, 2012        /s/
15         ROBERT WAGGENER
        Attorney for Defendant
16         TANYA RODRIGUEZ

18 Dated: September 28, 2012        /s/
        ACADIA SENESE
        Assistant United States Attorney

19     **IT IS SO ORDERED.**

22 Dated: September 28, 2012
        ~~SUSAN ILLSTON~~ LAUREL BEELER
        United States District Judge Magistrate

**STIPULATION AND [~~PROPOSED~~] ORDER
PERMITTING ACCESS TO PROTECTED
MATERIAL** -2-