IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br>　v.<br>JOSEPH ORTIZ, et al.<br>　　　　　Defendants.<br>　　　　　　　　　　　　　　　　　　／ | No. CR 12-00119 SI<br><br>**ORDER REGARDING MOTION NOTICES** |

At a hearing on June 29, 2012, defendants requested and received an order from the court that all defendants would be deemed to have joined in any motion filed by any defendant, absent specific notice to the contrary. *See* Docket No. 190.

This has had the intended salutary effect of eliminating the need to file multiple joinder notices. However, it has also caused confusion in scheduling motions to be set for hearing.

Therefore, the Court hereby ORDERS that, when noticing a motion for a hearing before Judge Illston, the moving party MUST manually add all defendants to the motion (i.e., the movant must manually select each individual defendant when electronically filing a motion for a hearing, so that every defendant is noticed and appears on the calendar). This order applies to ALL motions set for a hearing before Judge Illston. As the hearing approaches, the Court will determine which defendants will remain on calendar. Please ensure that all attorneys and staff in charge of filling are apprised of this directive.

**IT IS SO ORDERED.**

Dated: January 18, 2013

　　　　　　　　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge