IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>  v.<br><br>JOSEPH ORTIZ, et. al,<br><br>    Defendants.      / | No. CR 12-00119 SI<br><br>**ORDER TO PRODUCE UNREDACTED DOCUMENTS** |

On May 15, 2013, the government filed a "notice of compliance in response to the Court's May 9, 2013 heightened protective order." Docket No.647. That notice makes it clear that the Government has decided not to comply with the heightened protective order.

This Court will address these matters more fully after receiving a response from defense counsel.

In the meantime, however, so as to make the record explicit for purposes of subsequent proceedings, **the United States is ORDERED to produce to counsel for the capital defendant Joseph Ortiz unredacted copies of all documents previously produced to defendants in redacted form**. Such production shall be in accordance with the terms and limitations of the Amended Heightened Protective Order, and shall take place **no later than 3:00 p.m. on Monday, May 20, 2013.**

IT IS SO ORDERED.

Dated: May 17, 2013

_____
SUSAN ILLSTON
United States District Judge