| | |
|---|---|
| 1 | STUART HANLON, CSBN: 66104 |
|   | SARA RIEF, CSBN: 227279 |
| 2 | LAW OFFICES OF HANLON & RIEF |
|   | 179 11th Street, 2nd Floor |
| 3 | San Francisco, CA 94103 |
|   | PH: (415) 864-5600 |
| 4 | Attorneys for Defendant |
|   | BENJAMIN CAMPOS-GONZALEZ |
| 5 | |
|   | RICHARD B. MAZER |
| 6 | LAW OFFICES OF RICHARD B. MAZER |
|   | 99 Divisadero Street |
| 7 | San Francisco, CA 94117 |
|   | PH: (415) 621-4100 |
| 8 | Attorneys for Defendant |
|   | VICTOR FLORES |
| 9 | |
|   | DAVID LEE ANDERSEN |
| 10 | ANDERSEN & ZIMMER |
|   | 385 Grand Avenue, Suite 300 |
| 11 | Oakland, CA 94610 |
|   | PH: (510) 835-4952 |
| 12 | Attorneys for Defendant |
|   | JUSTIN WHIPPLE |
| 13 | |
|   | LINDA FULLERTON |
| 14 | 54 Railroad Avenue, #11 |
|   | Point Richmond, CA 94801 |
| 15 | PH: (510) 232-4000 |
|   | Attorneys for Defendant |
| 16 | ARMANDO ACOSTA |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | | |
|---|---|---|---|
| 20 | UNITED STATES OF AMERICA, | ) | No. CR-12-0119 SI |
|    |                            | ) | |
| 21 | Plaintiff,                 | ) | **DEFENDANTS' UNOPPOSED *EX*** |
|    |                            | ) | ***PARTE* APPLICATION TO FILE** |
| 22 | v.                         | ) | **OVERSIZE BRIEF IN SUPPORT OF** |
|    |                            | ) | **DEFENDANT'S MOTION TO** |
| 23 |                            | ) | **SUPPRESS WIRETAP EVIDENCE;** |
|    | BENJAMIN CAMPOS-GONZALEZ, et. al., | ) | **[PROPOSED] ORDER** |
| 24 |                            | ) | |
|    | Defendants.                | ) | |
| 25 |                            | ) | |
|    | _____| ) | Court: Honorable Susan Illston |
| 26 | | | |

DEF'S REQ. FOR PERMISSION TO FILE
OVERSIZE BRIEF RE: WIRETAPS
No. CR 12-0119 SI                                                   1

1     Defendant BENJAMIN CAMPOS-GONZALEZ, through counsel and on behalf of all
2 defendants joining in the motion to suppress, respectfully requests permission of the Court to file
3 an oversize brief in support of his motion to suppress wiretap in this case.  This motion is
4 brought pursuant to Criminal Local Rule 47-2 and Civil Local Rules 7-2 and 7-11.
5     The defendants' proposed facial challenge to the wiretap applications and orders, which is
6 submitted under seal herewith, is over 55 pages.  This exceeds the page limitation of 25 pages for
7 opening briefs. Civil L.R. 7-2.   Counsel for the defense has spoken with government counsel
8 regarding their intent to seek permission to file an oversize brief.  Government counsel stated that
9 the government had no objection to the defense filing an oversize brief, with the following
10 understanding:  the government may seek additional time to respond to the brief based on the
11 length and content of the arguments, and the defense agrees that it would not object to that
12 request, provided that the defense has adequate time to file a reply prior to the hearing date.
13     Defendants respectfully submits that good cause exists for the filing of the oversize brief
14 for the following reasons:
15     The number of wiretaps involved in this case is significant.  The government sought and
16 obtained a combined total of six wiretap orders in state and federal court.  The four state wiretap
17 orders authorized surveillance of twelve telephone lines.  The two federal wiretap orders
18 authorized surveillance of three telephone lines.  There are distinct issues that must be addressed
19 with respect to many of the phone lines, and with respect to the state and federal orders generally.
20     In addition, the affidavits the government submitted in support of the wiretaps are
21 lengthy.  The primary state wiretap application is over 100 pages in length.  In order to
22 adequately summarize the relevant facts for purposes of the wiretap challenge, the defense's
23 Statement of Facts alone is over twenty pages long.
24     Finally, the defense has identified several important defects in the applications and orders
25 that are factually and legally independent from the other defects, and that require separate factual
26

1  development and legal argument.  These issues are significant – each pertains to the facial

2  validity of one or more of the state and federal orders.  The number of pages devoted to each

3  issue is not excessive, and the defense has attempted to avoid repetition, extraneous argument,

4  and unnecessary verbiage throughout the brief.

5      For the foregoing reasons, the defense respectfully requests leave of the Court to file a

6  brief in excess of 25 pages, as submitted to the Clerk for the Court on July 26, 2013.

8  Dated:  July 25, 2013.                                        Respectfully submitted,

9                          /s/ Stuart Hanlon

10                         STUART HANLON
                        Attorney for Defendant
11                         BENJAMIN CAMPOS-GONZALEZ

13 **IT IS SO ORDERED.**

15 Dated: July ___26___, 2013.                                _____

16                         HON. SUSAN ILLSTON
                        United States District Court Judge