|   |   |
|---|---|
| 1 | STUART HANLON, CSBN: 66104 |
|   | SARA RIEF, CSBN: 227279 |
| 2 | LAW OFFICES OF HANLON & RIEF |
|   | 179 11th Street, 2nd Floor |
| 3 | San Francisco, CA 94103 |
|   | PH: (415) 864-5600 |
| 4 | FAX: (415) 865-0376 |
|   | Attorneys for Defendant |
| 5 | BENJAMIN CAMPOS-GONZALEZ |
|   |   |
| 6 | RICHARD B. MAZER |
|   | LAW OFFICES OF RICHARD B. MAZER |
| 7 | 99 Divisadero Street |
|   | San Francisco, CA 94117 |
| 8 | PH: (415) 621-4100 |
|   | FAX: (415) 621-4111 |
| 9 | Attorneys for Defendant |
|   | VICTOR FLORES |
| 10 |   |
|   | DAVID LEE ANDERSEN |
| 11 | ANDERSEN & ZIMMER |
|   | 385 Grand Avenue, Suite 300 |
| 12 | Oakland, CA 94610 |
|   | PH: (510) 835-4952 |
| 13 | FAX: (510) 835-4958 |
|   | Attorneys for Defendant |
| 14 | JUSTIN WHIPPLE |
|   |   |
| 15 | LINDA A. FULLERTON |
|   | 54 Railroad Avenue, #11 |
| 16 | Point Richmond, CA 94801 |
|   | PH: (510) 232-4000 |
| 17 | Attorneys for Defendant |
|   | ARMANDO ACOSTA |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR-12-0119 SI |
|---|---|---|
|   | ) |   |
| Plaintiff, | ) | **DEFENDANTS' UNOPPOSED *EX PARTE*** |
|   | ) | **MOTION TO SEAL EXHIBITS AND** |
| v. | ) | **MOTION TO SUPPRESS WIRETAP** |
|   | ) | **EVIDENCE; DECLARATION OF** |
| BENJAMIN CAMPOS-GONZALEZ, et. al., | ) | **COUNSEL; [PROPOSED] ORDER** |
|   | ) |   |
| Defendants. | ) |   |
|   | ) |   |
|   | ) | Court: Honorable Susan Illston |
| _____ | ) |   |

*Campos-Gonzalez, et al.: Motion to Seal*

Defendant BENJAMIN CAMPOS-GONZALEZ, by and through his counsel Stuart Hanlon and on behalf of all defendants joining in the motion to suppress, hereby moves *ex parte* for an order sealing Mr. Campos-Gonzalez's NOTICE OF MOTION AND MOTION TO SUPPRESS WIRETAP EVIDENCE; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO SUPPRESS; EXHIBITS TO MOTION TO SUPPRESS on the basis that the above pleadings include extensive identifying information concerning third parties and cooperating witnesses. Though this motion is filed *ex parte*, the Government has been notified of the motion and has indicated it does not object.

IT IS RESPECTFULLY REQUESTED that Mr. Campos-Gonzalez's Motion and the document s attendant thereto be filed under seal by the Clerk of the Court and not unsealed without further order of the Court.

Dated: July 25, 2013.                                  Respectfully submitted,

                                                         /S/   Stuart Hanlon

                                                       STUART HANLON
                                                       Attorney for Defendant
                                                       BENJAMIN CAMPOS-GONZALEZ

1  STUART HANLON, CSBN: 66104
   SARA RIEF, CSBN: 227279
2  LAW OFFICES OF HANLON & RIEF
   179 11th Street, 2nd Floor
3  San Francisco, CA 94103
   PH: (415) 864-5600
4  FAX: (415) 865-0376
   Attorneys for Defendant
5  BENJAMIN CAMPOS-GONZALEZ

6  RICHARD B. MAZER
   LAW OFFICES OF RICHARD B. MAZER
7  99 Divisadero Street
   San Francisco, CA 94117
8  PH: (415) 621-4100
   FAX: (415) 621-4111
9  Attorneys for Defendant
   VICTOR FLORES
10
   DAVID LEE ANDERSEN
11 ANDERSEN & ZIMMER
   385 Grand Avenue, Suite 300
12 Oakland, CA 94610
   PH: (510) 835-4952
13 FAX: (510) 835-4958
   Attorneys for Defendant
14 JUSTIN WHIPPLE

15 LINDA A. FULLERTON
   54 Railroad Avenue, #11
16 Point Richmond, CA 94801
   PH: (510) 232-4000
17 Attorneys for Defendant
   ARMANDO ACOSTA
18
                   IN THE UNITED STATES DISTRICT COURT
19
                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
20

21 | UNITED STATES OF AMERICA,           | )  No. CR-12-0119 SI
                                         | )
22 |                 Plaintiff,          | )  **DECLARATION OF COUNSEL IN SUPPORT OF DEFENDANTS' UNOPPOSED *EX PARTE* MOTION TO SEAL EXHIBITS AND MOTION TO SUPPRESS WIRETAP EVIDENCE; DECLARATION OF COUNSEL; [PROPOSED] ORDER**
23 | v.                                  | )
24 | BENJAMIN CAMPOS-GONZALEZ, et. al,   | )
25 |                 Defendants.         | )
26 |                                     | )
27 | _____| )  Court: Honorable Susan Illston
28

*Campos-Gonzalez, et al.: Motion to Seal*     - 3 -

## DECLARATION OF COUNSEL

I, STUART HANLON, declare under penalty of perjury as follows:

1. I am an attorney admitted to practice law in the State of California and in the Northern District of California. I am the counsel of record for defendant BENJAMIN CAMPOS-GONZALEZ in the above-captioned matter.

2. Mr. Campos-Gonzalez's Motion to Suppress Wiretap Evidence and the Exhibits to be filed with the motion include extensive information, such as dates of birth, telephone numbers and addresses, that identify citizen witnesses, third parties, and government witnesses. The documents also include matters that may be covered by the protective order the Court issued in this case.

3. I am informed and believe that Counsel for defendants has discussed the proposed under seal filing with counsel for the government Acadia Senise, and that AUSA Senise indicated the Government does not object to the motion and concurs that the pleadings should be filed under seal.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 25th day of July, 2013, in San Francisco, California.

                                          /s/ Stuart Hanlon

                                  STUART HANLON
                                  Attorney for Defendant
                                  BENJAMIN CAMPOS-GONZALEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> BENJAMIN CAMPOS-GONZALEZ, et al., <br><br> Defendants. | No. CR-12-0119 SI <br><br> **SEALING ORDER** <br><br> ~~**FILED UNDER SEAL**~~ |

GOOD CAUSE APPEARING THEREFORE upon the motion of Defendant Benjamin Campos-Gonzalez and the declaration of counsel Stuart Hanlon in support thereof;

IT IS HEREBY ORDERED that the following documents received by the Clerk of the Court on July 26, 2013, be filed under seal and not unsealed without further order of the court: 1) **Defendants' Notice of Motion and Motion to Suppress Wiretap Evidence**; and 2) **Exhibits to Defendants' Motion to Suppress Wiretap Evidence.**

Dated: July   7/26 2013.

_____
Hon. SUSAN ILLSTON
United States District Court Judge