1 | DAVID L. ANDERSEN (S.B. NO. 50010)
ANDERSEN & ZIMMER
2 | 385 GRAND AVENUE, SUITE 300
OAKLAND, CA 94610
3 | (510)835-4952 FAX (510)835-4958

4 | ATTORNEY FOR JUSTIN WHIPPLE

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

UNITED STATES,

      Plaintiff(s),

v.

JOSEPH ORTIZ, et al.

      Defendant(s).

Action No.   CR 12-0119 SI

[~~PROPOSED~~] ORDER

**THERE BEING NO OPPOSITION** AND **GOOD CAUSE HAVING BEEN SHOWN, IT IS HERE BY ORDERED** that David Andersen, counsel for JUSTIN WHIPPLE, may disclose defendants' Reply to the Government Opposition to the Motion to Compel (Doc. No 839) to counsel for AT&T, RICHARD VARTAIN.

**IT IS SO ORDERED**

Dated: 1/13/14

_____
Honorable Susan Illston
United States District Court
Northern District of California

ANDERSEN & ZIMMER
385 GRAND AVE. SUITE 300
OAKLAND, CA 94610
(510)835-4952

Defendant's Application to Unseal Filing
U.S. v. Joseph Ortiz, et al. CR 12-0119 SI     - 3 -