IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

VICTOR FLORES, et al.,

    Defendants.

                                         /

No. C 12-00119 SI

**ORDER RE NON-PARTY METROPCS**

On March 27, 2014, the Court received an *in camera* production of records from non-party MetroPCS. MetroPCS asserts that these records are two sets of all materials responsive to defendant Justin Whipple's subpoena duces tecum. On January 7, 2014, Justin Whipple, joined by codefendants Victor Flores, Benjamin Campos-Gonzales, and Armando Acosta, filed a motion to compel compliance with the subpoena. Although Justin Whipple is no longer involved in the case, the other defendants who joined in the motion are still awaiting trial. Accordingly, the Court directs the Clerk to provide one set of these records to defendants and one copy of these records to the government.

**IT IS SO ORDERED.**

Dated: March 27, 2014

                                                        SUSAN ILLSTON
                                                        UNITED STATES DISTRICT JUDGE