UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>VICTOR FLORES, et al.<br><br>　　　　Defendant(s). | No. CR 12-119 SI |

[~~PROPOSED~~] ORDER GRANTING DEFENDANT'S MOTION TO FILE EX PARTE APPLICATION FOR ISSUANCE OF SUBPOENAS UNDER RULE 17(c) UNDER SEAL

Upon motion of defendant, and good cause appearing, IT IS HEREBY ORDERED that defendant may file under seal Defendant's Ex Parte Application For Issuance of Subpoenas Under Rule 17(c), Federal Rules of Criminal Procedure; Incorporated Memorandum of Points and Authorities; and Declaration of Counsel.

DATED:   3/28/14

_____
United States District Judge