IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>VICTOR FLORES, et al.,<br><br>        Defendants.<br>_____/ | No. CR 12-00119 SI<br><br>**ORDER RE MOTION FOR RECONSIDERATION** |

On March 27, 2014, non-party California Department of Corrections and Rehabilitation ("CDCR") filed a motion for consideration of the Court's March 24, 2014 denial of CDCR's motion to quash. CDCR contends that new evidence has come to light regarding a certain inmate's[1] unwillingness to testify at trial. On March 28, 2014, the Court held a hearing on other matters relating to this case, during which the government stated that it no longer intends to call this inmate as a witness. Accordingly, the documents sought by the government's subpoena are no longer relevant or necessary to the government's case and the Court GRANTS CDCR's motion. However, should the defendants choose to call this witness and desire to subpoena these same documents from CDCR, the Court will not entertain a motion to quash because it views the current protective order as sufficient to protect the identity and information of this inmate. This Order resolves Docket No. 993.

**IT IS SO ORDERED.**

Dated: March 31, 2014

SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

---

[1] Pursuant to the protective order in this case, the Court will not reveal the inmate's identity in this Order.