United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>VICTOR FLORES, et al.,<br><br>    Defendants.<br>_____ / | No. CR 12-00119 SI<br><br>**ORDER RE EX PARTE APPLICATION FOR ISSUANCE OF SUBPOENAS** |

On March 28, 2014, defendants Victor Flores and Benjamin Campos-Gonzalez filed an ex parte application seeking issuance of subpoenas pursuant to Federal Rule of Criminal Procedure 17(c). The defendants do not contend that the records they seek are not otherwise procurable; instead, they argue that a subpoena will result in more timely compliance than would a request that the government turn over these records, provided it possesses them. Given that the Court has granted the defendants' motion to continue the trial, time constraints are no longer as acute as when the application was made. Therefore, the Court DENIES the defendants' application, without prejudice to renewal should the defendants be unable to procure the documents they seek directly from the government.

**IT IS SO ORDERED.**

Dated: March 31, 2014

_____
SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE