IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 12-00119 SI |
| Plaintiff, | **ORDER TO PROVIDE DAILY SHOWERS DURING TRIAL** |
| v. | |
| VICTOR FLORES, et al., | |
| Defendants. / | |

It is hereby ORDERED that defendants Victor Flores, Benjamin Campos-Gonzales, Armando Acosta and Mario Bergren shall each be provided with a daily shower during the trial of this action.

**IT IS SO ORDERED.**

Dated: June 25, 2014

SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE