IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

VICTOR FLORES, et al.,

    Defendants.
                                 /

No. CR 12-00119 SI

**AMENDMENT TO ORDER DENYING MOTION TO SUPPRESS WIRETAP EVIDENCE**
**(Docket No. 1124)**

The Court's June 23, 2014 Order denying defendants' motion to suppress wiretap evidence, Docket No. 1124, is amended as follows:

The sentence "The informant was not a percipient witness at either shooting, and instead was able to pass on to law enforcement only second-hand information regarding the individuals present," appearing on page 8, lines 9-10, shall be replaced with "Although the informant was present at the December 18, 2010 shooting, the informant was not a percipient witness at the more serious December 22, 2010 shooting, and was therefore able to pass on to law enforcement only second-hand information regarding the individuals present." This revision does not impact the Court's conclusion about the necessity for the continuing wiretaps.

**IT IS SO ORDERED.**

Dated: June 25, 2014

_____
SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE