# UNITED STATES DISTRICT COURT
## Northern District of California

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>**v.**<br>Victor Flores<br>a/k/a "Little Creeper" | )    **JUDGMENT IN A CRIMINAL CASE**<br>)<br>)    USDC Case Number: CR-12-00119-002 SI<br>)    BOP Case Number: DCAN312CR00119-002<br>)    USM Number: 17239-111<br>)    Defendant's Attorney: Richard Mazer (appointed) |

**THE DEFENDANT:**

☐ pleaded guilty to count(s):_____

☐ pleaded nolo contendere to count(s):_____ which was accepted by the court.

☑ was found guilty on count(s): <u>1-3, 10-16, 17-18, and 30-33 of the Second Superseding Indictment</u> after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 U.S.C. § 1962(d) | Racketeering Conspiracy | 12/22/2010 | 1 |
| 18 U.S.C. § 1959(a)(5) | Conspiracy to Commit Murder in Aid of Racketeering | 12/22/2010 | 2 |
| 18 U.S.C. § 1959(a)(6) | Conspiracy to Commit Assault with a Deadly Weapon in Aid of Racketeering | 12/22/2010 | 3 |
| 18 U.S.C. § 1959(a)(1) | Murder in Aid of Racketeering | 12/22/2010 | 10 |
| 18 U.S.C. § 1959(a)(1) | Murder in Aid of Racketeering | 12/22/2010 | 11 |
| 18 U.S.C. § 1959(a)(1) | Murder in Aid of Racketeering | 12/22/2010 | 12 |
| 18 U.S.C. § 1959(a)(5) | Attempted Murder in Aid of Racketeering | 12/22/2010 | 13 |
| 18 U.S.C. § 1959(a)(5) | Attempted Murder in Aid of Racketeering | 12/22/2010 | 14 |
| 18 U.S.C. § 1959(a)(5) | Attempted Murder in Aid of Racketeering | 12/22/2010 | 15 |
| 18 U.S.C. § 1959(a)(5) | Attempted Murder in Aid of Racketeering | 12/22/2010 | 16 |
| 18 U.S.C. § 924(j)(1) | Use/Possession of Firearm in Furtherance of a Crime of Violence Resulting in Murder | 12/22/2010 | 17 |
| 18 U.S.C. § 924(c)(1)(A) | Use/Possession of Firearm in Furtherance of Crime of Violence | 12/22/2010 | 18 |
| 18 U.S.C. §§ 1114 & 1113 | Attempted Murder of a Federal Agent | 5/3/2012 | 30 |
| 18 U.S.C. §§ 1114 & 1113 | Attempted Murder of a Federal Agent | 5/3/2012 | 31 |
| 18 U.S.C. §§ 1114 & 1113 | Attempted Murder of a Federal Agent | 5/3/2012 | 32 |
| 18 U.S.C. § 924(c) | Use/Possession of a Firearm in Furtherance of a Crime of Violence | 5/3/2012 | 33 |

The defendant is sentenced as provided in pages 2 through <u> 5 </u> of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s): _____

☐ Count(s) _____ is/are dismissed on the motion of the United States.

       It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

DEFENDANT:  Victor Flores
CASE NUMBER:  CR-12-00119-002 SI

5/1/2015
Date of Imposition of Judgment

Signature of Judge
The Honorable Susan Illston
Senior United States District Judge
Name & Title of Judge

Date.   5/4/15
Date

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:
      Life. This term consists of life on each of Counts 1, 10-12 to be served concurrently, 10 years on each of Counts 2, 13-16 to be served concurrently, 3 years on Count 3 to be served concurrently, 20 years on each of Counts 30-32 to be served concurrently, 10 years on Counts 17 and 18 as one term to be served consecutively, and 25 years on Count 33 to be served consecutively.

☑ The Court makes the following recommendations to the Bureau of Prisons:
      The defendant participate in the Bureau of Prisons Residential Drug Abuse Treatment Program. The defendant should be designated to USP Atwater.

☑ The defendant is remanded to the custody of the United States Marshal. The appearance bond is hereby exonerated.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ am/pm on _____ (no later than 2:00 pm).

    ☐ as notified by the United States Marshal.

    The appearance bond shall be deemed exonerated upon the surrender of the defendant.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ at _____ am/pm on _____ (no later than 2:00 pm).

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

    The appearance bond shall be deemed exonerated upon the surrender of the defendant.

# RETURN

I have executed this judgment as follows:




Defendant delivered on _____ to _____ at
_____ , with a certified copy of this judgment.


                _____
                     UNITED STATES MARSHAL

By _____
                   DEPUTY UNITED STATES MARSHAL

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments.

|  | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| **TOTALS** | $ 1,600.00 | Waived | None |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| **TOTALS** | $  0.00 | $  0.00 |  |

☐ Restitution amount ordered pursuant to plea agreement $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

    ☐ the interest requirement is waived for the fine/restitution.

    ☐ the interest requirement is waived for the fine/restitution is modified as follows:
    _____

---

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows[*]:

**A**  ☑  Lump sum payment of ___$1,600.00_____ due immediately, balance due

    ☐  not later than _____ , or
    ☑  in accordance with    ☐ C,   ☐ D, or   ☐ E, and/or    ☑ F below); or

**B**  ☐  Payment to begin immediately (may be combined with   ☐ C,   ☐ D, or   ☐ F below); or

**C**  ☐  Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

**D**  ☐  Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

**E**  ☐  Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

**F**  ☑  Special instructions regarding the payment of criminal monetary penalties:
**When incarcerated, payment of criminal monetary penalties are due during imprisonment at the rate of not less than $25 per quarter and payment shall be through the Bureau of Prisons Inmate Financial Responsibility Program. Criminal monetary payments shall be made to the Clerk of U.S. District Court, 450 Golden Gate Ave., Box 36060, San Francisco, CA 94102.**

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several

| Case Number<br>Defendant and Co-Defendant Names<br>(including defendant number) | Total Amount | Joint and Several Amount | Corresponding Payee, if appropriate |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |

☐  The defendant shall pay the cost of prosecution.

☐  The defendant shall pay the following court cost(s): _____

☐  The defendant shall forfeit the defendant's interest in the following property to the United States:

☐  The Court gives notice that this case involves other defendants who may be held jointly and severally liable for payment of all or part of the restitution ordered herein and may order such payment in the future, **but such future orders do not affect the defendant's responsibility for the full amount of the restitution ordered.**

---

[*] Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.