UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITES STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>VICTOR FLORES,<br><br>Defendant. | Case No. 12-cr-00119-2<br><br>**ORDER GRANTING MOTION TO SUBSTITUTE ATTORNEY AND SETTING NEW BRIEFING SCHEDULE ON VICTOR FLORES' MOTION TO VACATE UNDER 28 U.S.C. § 2255**<br><br>Re: Dkt. Nos. 1748, 1782 |

On June 24, 2020, defendant Victor Flores filed a motion to vacate or correct his sentence pursuant to 28 U.S.C. § 2255. Dkt. No. 1748. After several continuances of the briefing schedule, on January 4, 2021, Mr. Flores filed a "Substitution of Attorney" stating that he wished to represent himself with regard to his petition. The Court hereby GRANTS Mr. Flores' request and Mr. Mazer is hereby relieved of further representation. If Mr. Flores wishes to have new counsel appointed to represent him on the petition, Mr. Flores shall notify the Court by letter as soon as possible.

The Court sets the following new briefing schedule for the petition: (1) Mr. Flores may file an amended petition no later than **February 22, 2021**; (2) the government's opposition is due no later than **April 23, 2021**; defendant may file a reply no later than **May 14, 2021**. If new counsel is appointed for Mr. Flores, the Court will set a new briefing schedule. If Mr. Flores does not file an amended petition, the government shall respond to the original petition.

**IT IS SO ORDERED**.

Dated: January 7, 2021

SUSAN ILLSTON
United States District Judge