United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

JOSEPH ORTIZ AND VICTOR FLORES, *et al.*,

Defendants.

Case No. 12-cr-00119-SI-1

**ORDER RE: STATUS OF PENDING MOTIONS TO VACATE**

Pending before the Court are motions to vacate filed pursuant to 28 U.S.C. § 2255 by defendants Joseph Ortiz and Victor Flores. The briefing on those motions has been stayed pursuant to stipulations by the parties because the resolution of another case, *United States v. Elmore*, Case No. 13-cr-00764-WHO, could affect how the § 2255 motions in this case proceed.

The Court is aware that an evidentiary hearing in *Elmore* is set before Judge Orrick on September 24, 2026. The Court directs the parties to file a joint status statement **no later than September 1, 2026,** regarding the impact of Judge Orrick's case and whether the stay should be lifted to proceed with briefing and resolution of the pending motions.

**IT IS SO ORDERED**.

Dated: August 18, 2026

SUSAN ILLSTON
United States District Judge